UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 20 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN DOE,

    Plaintiff,

v.

UNITED STATES
DEPARTMENT OF LABOR,
200 Constitution Avenue, N.W.
Washington, D.C. 20210

and

ELAINE L. CHAO, in her
official capacity as
Secretary of Labor,

    Defendants.

CASE NUMBER   1:05CV02449

JUDGE: Reggie B. Walton

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/20/2005

JURY ACTION

## MOTION TO FILE UNDER A PSEUDONYM

Plaintiff, by his undersigned counsel, THOMPSON O'DONNELL, LLP, herewith respectfully moves this Court that he be permitted to file his Complaint and that all other papers filed herein use the pseudonym "JOHN DOE" in place of plaintiff's actual name. As grounds therefore, plaintiff refers the Court to the accompanying Memorandum of Points and Authorities and form of Order.

Respectfully submitted,

THOMPSON O'DONNELL, LLP

*/s/ J. Michael Hannon*

J. Michael Hannon #352526
Sean G. Ryan #495067
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 289-1133

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,                                          :

       Plaintiff,                                 :

       v.                                         :

UNITED STATES                                      : Case No.:
DEPARTMENT OF LABOR,
200 Constitution Avenue, N.W.                      :
Washington, D.C. 20210
                                                   :
and
                                                   :
ELAINE L. CHAO, in her
official capacity as                               :
Secretary of Labor,
                                                   :
       Defendants.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION TO FILE UNDER A PSEUDONYM**

Plaintiff, by his undersigned counsel, THOMPSON O'DONNELL, LLP, herewith submits this Memorandum of Points and Authorities in support of his Motion to File Under a Pseudonym.

By his Complaint, plaintiff, on behalf of the affected class of individuals, seeks recovery for damages caused by the United States Department of Labor through its internet publication of private medical information of federal employees seeking workers compensation benefits. Such publication is in express violation of the Privacy Act, 5 U.S.C. Sec. 552a.

This action is brought to compel the Department of Labor to remove the private medical information of plaintiff and other similarly-affected federal workers from the internet and other publicly-available resources, and to recover actual damages sustained by John Doe and other similarly-affected federal workers, and to recover the attorneys' fees and costs of this litigation.

Medical confidentiality is an essential privilege of citizenship and disclosure of this information can have devastating effects on the lives of these federal workers, including but not limited to embarrassment, disturbing family relations, withdrawal of job opportunities, lost income, and psychological trauma. The Privacy Act of 1974, codified at 5 U.S.C. § 552a, recognizes the sensitive and confidential nature of an individual's records and seeks to protect individuals by restricting the disbursement of those records.

Plaintiff has already suffered injury as a result of the Department of Labor's violation of 5 U.S.C. § 552a. Allowing the use of the pseudonym "JOHN DOE" will enable plaintiff to seek redress for the injuries caused by the Department of Labor's actions, while at the same time limiting any additional damages caused by this prohibited distribution. If plaintiff is not allowed to use a pseudonym, then the maintenance of this suit will draw additional public attention to plaintiff's records as they continue to be available on the internet. This additional attention will further injure the plaintiff both personally and professionally.

WHEREFORE, allowance for plaintiff to file by use of the pseudonym "John Doe" is warranted in this proceeding in order to protect plaintiff further injury. Plaintiff therefore prays that the Court may grant him this protection in the form of the Order that accompanies this Motion.

Respectfully submitted,

THOMPSON O'DONNELL, LLP

J. Michael Hannon #352526
Sean G. Ryan #495067
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 289-1133
(202) 289-0275 (facsimile)

Attorneys for Plaintiff

Plaintiff's actual name and address:

Scott Alper
203 Kimberton Drive
Blue Bell, PA 19422