**FILED**

**DEC 2 0 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN DOE,                                                                              :

        Plaintiff,                                                           :

        v.                                                                         CASE NUMBER   1:05CV02449

UNITED STATES                                                                JUDGE: Reggie B. Walton
DEPARTMENT OF LABOR,
200 Constitution Avenue, N.W.                                         DECK TYPE: FOIA/Privacy **JURY**
Washington, D.C. 20210                                                  DATE STAMP: 12/20/2005 **ACTION**

and

ELAINE L. CHAO, in her                                                    :
official capacity as
Secretary of Labor,                                                             :

        Defendants.

### ORDER

Upon consideration of plaintiff's "Motion to File Under a Pseudonym", and the Memorandum of Points and Authorities in support of the Motion, it is, by the Court, this 20 day of _December_, 2005,

**ORDERED**: That the said Motion be, and the same hereby is, granted and the plaintiff be, and hereby is, allowed to file his Complaint and all further pleadings and papers in this proceeding shall be filed bearing the "JOHN DOE" pseudonym in place of plaintiff's actual name _at this time_.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

J. Michael Hannon, Esq.
Thompson O'Donnell, LLP
1212 New York Avenue
Suite 1000
Washington, D.C. 20005