UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE, :

     Plaintiff, :

     v. :

UNITED STATES : Case No.: 1:05-CV-02449
DEPARTMENT OF LABOR
     :
and
     :
ELAINE L. CHAO, in her
official capacity as :
Secretary of Labor,
     :
     Defendants.

## NOTICE OF FILING

The Clerk of the Court shall please accept for filing the attached Redacted Exhibits A through C referenced in Plaintiff's CLASS ACTION COMPLAINT.

Respectfully submitted,

THOMPSON O'DONNELL, LLP

_____
J. Michael Hannon #352526
Sean G. Ryan #495067
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 289-1133
(202) 289-0275 (facsimile)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing **NOTICE OF FILING** was sent via electronic filing this 2nd day of March, 2006 to:

Marcia Berman
U.S. Department of Justice
20 Massachusetts Avenue
Room 7204
Washington DC 20001

                _____
                J. Michael Hannon