# REDACTED EXHIBIT B

**U.S. Department of Labor**   Office of the Associate Deputy
Secretary for Adjudication
Washington, D.C. 20210

OCT 26 2004



October 26, 2005

REDACTED

                        Re:  REDACTED
                        <u>ECAB Docket No. REDACTED</u>

Dear   REDACTED

This is in response to your letter dated October 15, 2004, regarding your request to have your Decision removed from the Employees' Compensation Appeals Board's (ECAB or Board) website. The Office of Adjudicatory Services (OAS) is the administrative proponent for ECAB and as such responds to inquiries concerning cases appealed to and pending before it.

The Freedom of Information Act (FOIA), as amended in 1996, mandates that "Each agency ... shall make available for public inspection and copying (A) final opinions, including concurring and dissenting opinions, as well as orders, made in the adjudication of cases...." 5 U.S.C. 552(a)(2). Further, FOIA directs that agency final opinions, among other documents, be made available by electronic means. (See 5 U.S.C. Section 552, as amended).

Pursuant to 20 CFR 501.8 (b), the Board "shall publish its decisions in such form as to be readily available for inspection, and shall allow the public inspection thereof...." When a member of the public requests a Board decision, no information is redacted because the decision is in the public domain. The Board has published in the Federal Register a System of Records notice for all ECAB Docket files (See, e.g., 69 Fed. Reg. 16739-16752 (March 30, 2004)). This notice creates a routine use for this system that states: "... ECAB decisions are sent for publication to the U.S. Government Printing Office (GPO) and are available on ECAB's Internet website."

Furthermore, as ECAB is a court of last resort, publication of its decisions creates a body of legal precedent to guide future appellants, lawyers, and the public on legal issues. The Board, as a matter of policy, publishes all final precedential decisions that it issues.

Per your request, I shall bring the "contesting record procedures" to the attention of the Board. If you have any further questions or need additional assistance, please contact the OAS, Inquiries Division, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N-1519, Washington, DC 20210. You may also call us at (202) 693-5037 or contact us via e-mail at Contact-OAS@DOL.GOV.

Sincerely,

Frank W. Clubb
Executive Director
Office of Adjudicatory Services

3