# REDACTED EXHIBIT C

**U.S. Department of Labor**

Office of the Associate Deputy
Secretary for Adjudication
Washington, DC 20210

DEC 2 2 2004



REDACTED

Re: REDACTED
ECAB Docket No. REDACTED

Dear REDACTED

This responds to your December 9, 2004, email regarding your request to have your decision removed from the Employees' Compensation Appeals Board (ECAB or the Board) website. The Office of Adjudicatory Services (OAS) provides administrative support to ECAB, including responding to inquiries concerning cases appealed to and pending before it.

As stated in my October 26, 2004, letter to you, the Freedom of Information Act (FOIA), as amended in 1996, mandates that "Each agency....shall make available for public inspection and copying (A) final opinions, including concurring and dissenting opinions, as well as orders, made in the adjudication of cases....." 5 U.S.C. 552 (a)(2). Further, FOIA directs that agency final opinions, among other documents, be made available by electronic means. (See 5 U.S.C. Section 552, as amended). As a result, all Board decisions will remain posted on ECAB's webpage.

I trust that this information is responsive to your inquiry. If you have further questions or need additional assistance, please do not hesitate to contact the OAS, Inquiries Division, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N-1519, Washington, DC 20210. You may also call us at (202) 693-5037 or contact us via e-mail at Contact-OAS@DOL.GOV.

Sincerely,

FRANK W. CLUBB
Executive Director
Office of Adjudicatory Services

FWC/mek