# EXHIBIT B

```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF COLUMBIA
```

John Doe,                          )
    Plaintiff,                 )
                                      )
v.                                 )    CASE NO. 1:05CV02449
                                      )    Judge Walton
Elaine Chao,                       )
in her official capacity as        )
Secretary of Labor                 )
                                      )
    Defendant.                 )
_____    )

DECLARATION OF DAVID GERSON

I, David Gerson, do hereby state and declare that:

I am a Judge of the Employees' Compensation Appeals Board (ECAB), United States Department of Labor, and in that capacity, am familiar with the processing of ECAB appeals under the Federal Employees' Compensation Act (FECA), 5 U.S.C. § 8101, *et seq.* 20 C.F.R. Part 501.

1. I have been part of ECAB since my appointment as an alternate ECAB member on May 31, 1981. Since that time, I have been involved with the process by which ECAB selects a decision and order for inclusion in the printed volumes of ECAB. I am also familiar with the various ways in which a decision is made available to the public.

2. ECAB generally issues over 2,000 decisions each year. Due to resources and budgetary constraints, only about 200 of those decisions are selected for publication in the printed volumes of the Board.

3. All decisions (except classified decisions and ECAB orders relating to procedural matters) are accessible to the public at ECAB. All such decisions are kept in binders at ECAB and may be reviewed by any member of the public.

4. ECAB decisions since 1976 (except classified cases and ECAB procedural orders) are also available on Westlaw and Lexis. ECAB decisions dating back to Volume 1 (July 16, 1946) are available on Cyberfeds (formerly HoweData CD).

5. ECAB provides copies of its slip opinions (except classified cases and procedural orders) to Westlaw and Lexis on a monthly basis. ECAB provides copies to Cyberfeds, another database on FECA appeals, on a bi-weekly basis. Copies of all ECAB slip opinions (except classified cases) are also disseminated to the Office of Workers' Compensation Programs and the Office of Solicitor.

6. A copy of the decision in Docket No. 01-1944, issued April 23, 2002, while not included in print volume 53 of that year, is accessible to the public at ECAB at the Department of Labor at 200 Constitution Ave, N.W., Washington, D.C. 20210. That decision is available on Westlaw, Lexis and Cyberfeds. A copy of the decision in Docket No. 01-1944, issued April 23, 2002, is also posted on the ECAB Website.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on March 6, 2006. 28 U.S.C. § 1746.

_[signature]_
DAVID GERSON, JUDGE
EMPLOYEES' COMPENSATION APPEALS BOARD, U.S. DEPARTMENT OF LABOR