UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>           Plaintiff<br><br>           v.<br><br>UNITED STATES DEPARTMENT OF LABOR<br>200 Constitution Avenue, N.W.<br>Washington, DC  20210<br><br>           and<br><br>ELAINE L. CHAO, in her<br>official capacity as Secretary of Labor,<br><br>           Defendants. | Civil Action No.<br>1:05-cv-02449-RBW |

NOTICE OF APPEARANCE

      The Clerk of the Court will please take notice of the appearance of Marcia Berman as counsel for the defendants in this action:

           Marcia Berman
           Trial Attorney
           United States Department of Justice
           Civil Division, Federal Programs Branch
           20 Massachusetts Avenue N.W.  Room 7204
           Washington, D.C.  20530
           Tel.: (202) 514-3330
           Fax: (202) 616-8470
           Email:  marcia.berman@usdoj.gov

      The undersigned counsel hereby certifies pursuant to Local Rule 83.2(j) that she is personally familiar with the Local Rules of this Court.

           Respectfully Submitted,

           PETER D. KEISLER

Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


 s/ Marcia Berman
MARCIA BERMAN
Trial Attorney
(PA Bar No. 66168)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7204
Washington, D.C.  20530
Tel.: (202) 514-3330
Fax: (202) 616-8470
Email:  marcia.berman@usdoj.gov

Attorneys for Defendants.

CERTIFICATE OF SERVICE

     I hereby certify that on March 6, 2006, a true and correct copy of the foregoing Notice of Appearance was served upon plaintiffs' counsel of record at the address listed below:

     <u>Via ECF</u>:

     J. Michael Hannon
     THOMPSON, O'DONNELL, LLP
     1212 New York Avenue, NW
     Suite 1000
     Washington, DC 20005
     (202) 289-1133
     Fax: (202) 289-0275
     Email: jmh@tomnh.com


      s/ Marcia Berman
     MARCIA BERMAN