UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, et al.<br><br>    Defendants. | Civil Action No.<br>1:05-cv-02449-RBW |

## ERRATA

The attached Proposed Order was inadvertently omitted from Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, filed on March 6, 2006.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


 s/ Marcia Berman
MARCIA BERMAN
Trial Attorney
(PA Bar No. 66168)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7204
Washington, D.C.  20530
Tel.: (202) 514-3330

Fax: (202) 616-8470
Email:  marcia.berman@usdoj.gov

Attorneys for Defendants.

CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2006, a true and correct copy of the foregoing Errata filing was served upon plaintiffs' counsel of record at the address listed below:

      <u>Via ECF</u>:

      J. Michael Hannon
      THOMPSON, O'DONNELL, LLP
      1212 New York Avenue, NW
      Suite 1000
      Washington, DC 20005
      (202) 289-1133
      Fax: (202) 289-0275
      Email: jmh@tomnh.com


       s/ Marcia Berman
      MARCIA BERMAN