UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | Civil Action No. |
| Plaintiff ) | 1:05-cv-02449-RBW |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF LABOR, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, and any response and reply thereto, it is hereby ORDERED that defendants' motion is GRANTED. Plaintiff's Privacy Act claim is hereby DISMISSED (or judgment is hereby ENTERED in favor of defendants on plaintiff's Privacy Act claim), and plaintiff's common law invasion of privacy claim is hereby DISMISSED.

SO ORDERED:

DATE: _____    _____
                                                                             Judge Reggie B. Walton
                                                                            United States District Judge