UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : |
| v. | : |
| UNITED STATES DEPARTMENT OF LABOR | : Case No.: 1:05-CV-02449 |
| and | : |
| ELAINE L. CHAO, in her official capacity as Secretary of Labor, | : |
| Defendants. | : |

## DECLARATION OF J. MICHAEL HANNON

My name is J. Michael Hannon, and I am one of the attorneys for John Doe in this litigation. I am competent to provide this Declaration.

On June 9, 2005, and again on December 15, 2005, I spoke with an attorney with the Department of Labor with knowledge of the legal issues raised in the Class Action Complaint.

The DOL attorney told me that the Department had received complaints from federal employees over the past two years about the publication of medical information in their workers' compensation cases published on the DOL website. The DOL attorney told me that some complainants were crying and reported adverse consequences as a result of persons reading their private medical information on the internet.

The attorney told me that the Solicitor for the Department of Labor was aware of the issue. In the June 9, 2005, conversation, the DOL attorney told me that it was hoped that the Solicitor would make a decision as to whether and how to remedy the issue within 2 weeks or

30 days of that date.

In the December 15, 2005, conversation, the DOL attorney stated that the Department was considering blocking Google searches of its website. The DOL attorney stated that it would then require a more sophisticated search engine to find the medical information published on the internet. The DOL attorney stated that the Department had rejected the idea of sanitizing the opinions.

I DECLARE UNDER THE PENALTIES OF PERJURY that the foregoing statement is a true statement of the conversations recounted.

March 17, 2006

_____
J. Michael Hannon