UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE, :

    Plaintiff, :

                                Civil Action No.
v.                           : 1:05-cv-02449-RBW

UNITED STATES DEPARTMENT OF :
LABOR, et al.,

                                 :

    Defendants.

## ORDER

Upon consideration of Defendants' Motion to Dismiss or, in the alternative, for Summary Judgment, and plaintiff's Memorandum of Points and Authorities in Opposition to the Motion, and the Court being duly advised in the premises, it is, by the Court, this _____ day of _____, 2006:

**ORDERED:**

That the said Motion be, and the same hereby is, **DENIED.**

_____
**HONORABLE REGGIE B. WALTON**
**UNITED STATES DISTRICT JUDGE**

Copies to:

J. Michael Hannon, Esquire
THOMPSON O'DONNELL, LLP
Suite 1000
1212 New York Avenue, N.W.
Washington, D.C. 20005

Marcia Berman, Esquire
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 7204
Washington, D.C. 20530