UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF LABOR, et al.<br><br>          Defendants. | Civil Action No.<br>1:05-cv-02449-RBW |

**DEFENDANTS' NOTICE OF FILING EXHIBIT UNDER SEAL**

Defendants United States Department of Labor and the Secretary of Labor are filing Exhibit A to Defendants' Reply Memorandum in Support of Their Motion to Dismiss, or in the Alternative, for Summary Judgment, under seal, in accordance with the procedures set forth in Local Civil Rule 5.1(j).

          Respectfully Submitted,

          PETER D. KEISLER
          Assistant Attorney General

          KENNETH L. WAINSTEIN
          United States Attorney

          ELIZABETH J. SHAPIRO
          Assistant Branch Director

           s/ Marcia Berman
          MARCIA BERMAN
          Trial Attorney
          (PA Bar No. 66168)

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7204
Washington, D.C.  20530
Tel.: (202) 514-3330
Fax: (202) 616-8470
Email:  marcia.berman@usdoj.gov

Attorneys for Defendants.

CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2006, a true and correct copy of the foregoing Defendants' Notice of Filing Exhibit Under Seal, was served upon plaintiffs' counsel of record at the address listed below:

      Via ECF:

      J. Michael Hannon
      THOMPSON, O'DONNELL, LLP
      1212 New York Avenue, NW
      Suite 1000
      Washington, DC 20005
      (202) 289-1133
      Fax: (202) 289-0275
      Email: jmh@tomnh.com

                      s/ Marcia Berman
                      MARCIA BERMAN