UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE, ) | |
| ) | Civil Action No. |
| Plaintiff ) | 1:05-cv-02449-RBW |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF LABOR, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION TO SEAL**

Pursuant to Local Civil Rule 5.1(j), defendants United States Department of Labor and Secretary of Labor hereby move for leave to file Exhibit A to Defendants' Reply Memorandum in Support of Their Motion to Dismiss, or in the Alternative, for Summary Judgment, under seal.

In this case, plaintiff John Doe claims that the Department of Labor violated his rights under the Privacy Act, 5 U.S.C. § 552a, by publishing his medical information contained in a decision of the Employee Compensation Appeals Board ("ECAB"). ECAB, an appellate board of the Department of Labor, hears and makes final decisions on appeals of federal employees from the Department of Labor's Office of Workers' Compensation Programs' decisions in claims arising under the Federal Employees' Compensation Act, 5 U.S.C. §§ 8101 et seq. The ECAB decision at issue is an April 23, 2002 decision in an appeal brought by Doe.

Defendants deny that there was any violation of the Privacy Act, and have filed a Motion to Dismiss, or in the Alternative, for Summary Judgment. Doe's ECAB decision is central to his

claim and to the arguments raised by both parties in connection with defendants' dispositive motion.

Defendants seek to file Doe's April 23, 2002 ECAB decision under seal and with Doe's name redacted, as Exhibit A to Defendants' Reply Memorandum in Support of Their Motion to Dismiss, or in the Alternative, for Summary Judgment. Although defendants did not violate the Privacy Act by publishing Doe's ECAB decision and would not violate the Privacy Act (or any other law) were they to attach that decision not under seal to their reply brief, defendants seek to file it under seal and with Doe's name redacted as a courtesy to Doe, given his sensitivity to the publication of the information in the decision.

Defendant's undersigned counsel has conferred with plaintiff's counsel, who has consented to the filing of this motion seeking leave to file Doe's ECAB decision under seal, with his name redacted.

Pursuant to Local Civil Rule 5.1(j)(2), Exhibit A to Defendants' Reply Memorandum in Support of Their Motion to Dismiss, or in the Alternative, for Summary Judgment, is submitted herewith.

> Respectfully Submitted,
>
> PETER D. KEISLER
> Assistant Attorney General
>
> KENNETH L. WAINSTEIN
> United States Attorney
>
> ELIZABETH J. SHAPIRO
> Assistant Branch Director
>
> _____
> MARCIA BERMAN

Trial Attorney
(PA Bar No. 66168)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7204
Washington, D.C.  20530
Tel.: (202) 514-3330
Fax: (202) 616-8470
Email:  marcia.berman@usdoj.gov

Attorneys for Defendants.

CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2006, true and correct copies of the foregoing Defendants' Unopposed Motion to Seal and Exhibit A to Defendants' Reply Memorandum in Support of Their Motion to Dismiss, or in the Alternative, for Summary Judgment, were served upon plaintiffs' counsel of record at the address listed below by Federal Express:

>J. Michael Hannon
>THOMPSON, O'DONNELL, LLP
>1212 New York Avenue, NW
>Suite 1000
>Washington, DC 20005
>(202) 289-1133
>Fax: (202) 289-0275
>Email: jmh@tomnh.com

_____
MARCIA BERMAN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE, ) | |
| ) | Civil Action No. |
| Plaintiff ) | 1:05-cv-02449-RBW |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF LABOR, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER**

Upon Defendants' Unopposed Motion to Seal, the materials submitted in connection therewith, and good cause having been shown, it is hereby ordered as follows:

1. Defendants' aforesaid motion is hereby granted.

2. Defendants are hereby granted leave to file Exhibit A to Defendants' Reply Memorandum in Support of Their Motion to Dismiss, or in the Alternative, for Summary Judgment, under seal.

Date: _____        _____
                                  UNITED STATES DISTRICT JUDGE