UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,                                   :
                                            :
       Plaintiff,                           :   Case No.: 1:05-CV-02449 RBW
                                            :
v.                                          :
                                            :
UNITED STATES                               :
DEPARTMENT OF LABOR, et al.                 :

## PRAECIPE

The Clerk of the Court shall please withdraw the appearance of Sean G. Ryan as counsel for Plaintiff and note the change of address and firm name for J. Michael Hannon, who shall continue as counsel for Plaintiff.

Respectfully submitted,

THOMPSON O'DONNELL, LLP

_____
Sean G. Ryan #495067
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 289-1133
(202) 289-0275 (facsimile)

HANNON LAW GROUP, LLP

_____
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing PRAECIPE was sent via electronic filing this 28th day of April, 2006 to:

Marcia Berman
U.S. Department of Justice
20 Massachusetts Avenue
Room 7204
Washington DC 20001

               _____
               J. Michael Hannon