UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN DOE,[1] | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 05-2449 (RBW) |
| U.S. DEPARTMENT OF LABOR, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the defendants' motion for summary judgment on the plaintiff's claim for damages is GRANTED. It is further

**ORDERED** that the defendants' motion to dismiss the plaintiff's claim for injunctive relief is DENIED. It is further

**ORDERED** that the defendants' motion for summary judgment on the plaintiff's claim for injunctive relief is DENIED. It is further

**ORDERED** that the defendants shall show cause by September 22, 2006, why the Court should not enter an order requiring the removal of any publicly-accessible copies of the

---

[1] Plaintiff Doe represents that he is "proceeding under an alias to mitigate any further damage that may be inflicted to his reputation, current job security, future job prospects, business opportunities, and personal life." Complaint ("Compl.") ¶ 3.

plaintiff's ECAB decision within the defendants' control, pending final resolution of this case, that contain the plaintiff's name or similar identifying information.

    **SO ORDERED** this 6th day of September, 2006.

REGGIE B. WALTON  
United States District Judge
