UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>             Plaintiff<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF LABOR, et al.<br><br>             Defendants. | Civil Action No.<br>1:05-cv-02449-RBW |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO SUBMIT SHOW CAUSE FILING**

Defendants United States Department of Labor and Secretary of Labor respectfully request a one week extension of time in which to file the show cause filing currently due on September 22, 2006. Defendants aver the following in support thereof:

1.  In this case, plaintiff John Doe claims that the Department of Labor violated his rights under the Privacy Act, 5 U.S.C. § 552a, by publishing his medical information contained in a decision of the Employee Compensation Appeals Board ("ECAB"), an appellate board of the Department of Labor.

2.  On September 6, 2006, the Court entered an Order and Memorandum Opinion granting defendants' motion for summary judgment on Doe's claim for damages, denying defendants' motion to dismiss Doe's claim for injunctive relief, and denying defendants' motion for summary judgment on Doe's claim for injunctive relief. The Court ordered defendants to "show cause by September 22, 2006, why the Court should not enter an order requiring the removal of any publicly-accessible copies of the plaintiff's ECAB decision within the

defendants' control, pending final resolution of this case, that contain the plaintiff's name or similar identifying information."

    3.    The primary agency counsel for this case is out of the office and unavailable to work on this matter during the week of September 18, 2006. In addition, the undersigned counsel, Marcia Berman, lead counsel for defendants, has a Motion to Dismiss in another case (Arizona State Department of Education v. United States Department of Education, Civil Action No. 06-1719, D. Ariz.) due on September 19, 2006; an Answer in another case (Keep Yellowstone Nuclear Free v. United States Department of Energy, Civil Action No. 06-205, D. Wy.) due on September 18, 2006; and an oral argument on a summary judgment motion in another case (Providence Yakima Medical Center v. Leavitt, Civil Action No. 03-3096, E.D. Wash.) on October 4, 2006.

    4.    Accordingly, defendants respectfully request a one week extension of time to submit the show cause filing ordered by the Court in order to accommodate the professional responsibilities and schedules of agency counsel and lead counsel for defendants.

    5.    On September 14, 2006, Ms. Berman contacted counsel for Doe, J. Michael Hannon, to seek plaintiff's consent to this request. On September 16, 2006, Mr. Hannon responded that he would agree to a one day extension of time, but because "this is Judge Walton's schedule not mine" he "take[s] no position on any request of the Judge for more time."

WHEREFORE, defendants respectfully request a one week extension of time in which to file the show cause filing currently due on September 22, 2006.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


  s/ Marcia Berman
MARCIA BERMAN
Trial Attorney
(PA Bar No. 66168)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7204
Washington, D.C.  20530
Tel.: (202) 514-3330
Fax: (202) 616-8470
Email:  marcia.berman@usdoj.gov

Attorneys for Defendants.

CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2006, a true and correct copy of the foregoing Defendants' Motion for Extension of Time to Submit Show Cause Filing was served upon plaintiffs' counsel of record at the address listed below by Federal Express:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704
Email: jhannon@hannonlawgroup.com

       s/ Marcia Berman
      MARCIA BERMAN