UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | Civil Action No. |
| Plaintiff ) | 1:05-cv-02449-RBW |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF LABOR, ) et al. ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER**

Upon Defendants' Motion for Extension of Time to Submit Show Cause Filing, and any response thereto, and good cause having been shown, it is hereby ordered as follows:

1. Defendants' aforesaid motion is hereby granted.

2. Defendants are hereby granted a one week extension of time, or until September 29, 2006, to show cause why the Court should not enter an order requiring the removal of any publicly-accessible copies of the plaintiff's ECAB decision within the defendants' control, pending final resolution of this case, that contain the plaintiff's name or similar identifying information.


SO ORDERED:

DATE: _____       _____
                                     Judge Reggie B. Walton
                                     United States District Judge