UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:05-CV-02449 (RBW) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES | : | |
| DEPARTMENT OF LABOR, et al. | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION TO RE-SCHEDULE STATUS HEARING**

Plaintiff John Doe, by and through his attorneys, HANNON LAW GROUP, LLP, respectfully requests that the Court re-schedule the Status Hearing currently set for Friday, December 22nd, 2006.

Counsel for the Plaintiff currently is in trial for another case in the Superior Court for the District of Columbia which commenced on November 27th and was scheduled to conclude on December 15th. However, the trial has been extended and due to the current trial schedule, as well as another trial scheduled to commence in early January, counsel for Plaintiff requests a continuance of the status hearing. The Court should also note that the parties are engaged in productive settlement negotiations.

The undersigned is authorized to represent that counsel for Defendant consents to this motion. The parties jointly submit the following alternative dates for rescheduling the status conference: January 22nd, 23rd and 24th, 2007.

WHEREFORE, Plaintiff respectfully requests this Consent Motion be granted and the Court enter the attached Order continuing the status hearing to one of the dates specified.

Respectfully submitted,

HANNON LAW GROUP


　　　*//s// J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorney for Plaintiff John Doe*


**CERTIFICATE OF SERVICE**

　　I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Re-schedule Status Hearing was sent via electronic filing this 20th day of December, 2006 to:

Marcia Berman
U.S. Department of Justice
20 Massachusetts Avenue
Room 7204
Washington DC 20001


　　　*//s// J. Michael Hannon*
J. Michael Hannon