## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:05-CV-02449 (RBW) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES | : | |
| DEPARTMENT OF LABOR, et al. | : | |
| | : | |
| Defendants. | : | |

### ORDER

Upon consideration of Plaintiff's Consent Motion to Re-schedule Status Hearing,

**IT IS ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the status hearing shall take place on the ___ day of _____, 2007, at _____.

SIGNED this ___ day of _____, 2006.

_____
The Honorable Reggie B. Walton

Copies to:

Marcia Berman
U.S. Department of Justice
20 Massachusetts Avenue
Room 7204
Washington DC 20001

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C.  20009