UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:05-CV-02449 (RBW) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES | : | |
| DEPARTMENT OF LABOR, et al. | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION TO RE-SCHEDULE STATUS HEARING**

Plaintiff John Doe, by and through his attorneys, HANNON LAW GROUP, LLP, respectfully requests that the Court re-schedule the Status Hearing previously set for Wednesday, February 7, 2007.

The Parties have reached a settlement agreement, an element of which must be presented to presented to the Court for approval. Due to the schedules of counsel, the parties request that the Court re-set this matter for status during the week of March 26, 2007.

The undersigned is authorized to represent that counsel for Defendant consents to this motion.

WHEREFORE, Plaintiff respectfully requests this Consent Motion be granted and the Court re-schedule the status hearing.

Respectfully submitted,

HANNON LAW GROUP


    *//s// J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorney for Plaintiff John Doe*


**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Re-schedule Status Hearing was sent via electronic filing this 6th day of February, 2007 to:

Marcia Berman
U.S. Department of Justice
20 Massachusetts Avenue
Room 7204
Washington DC 20001


    *//s// J. Michael Hannon*
J. Michael Hannon