UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN DOE,[1] | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 05-2449 (RBW) |
| U.S. DEPARTMENT OF LABOR, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In accordance with the Court's oral orders issued at the status conference held on March 6, 2007, it is hereby

**ORDERED** that a status conference in this matter shall be held on March 22, 2007, at 10:30 a.m. The parties represent that they have reached a tentative settlement agreement. Accordingly, the March 22, 2007 status conference will be vacated if the parties submit a finalized settlement agreement to the Court by March 21, 2007, at 12:00 p.m.

**SO ORDERED** this 8th day of March, 2007.

REGGIE B. WALTON
United States District Judge

---

[1] Plaintiff Doe represents that he is "proceeding under an alias to mitigate any further damage that may be inflicted to his reputation, current job security, future job prospects, business opportunities, and personal life." Complaint ("Compl.") ¶ 3.