UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| | ) | Civil Action No. |
| Plaintiff | ) | 1:05-cv-02449-RBW |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF LABOR, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PROPOSED ORDER**

Upon the parties' Joint Motion to Vacate Court's Order and Memorandum Opinion of

September 6, 2006, it is hereby ordered as follows:

1.  The aforesaid motion is hereby GRANTED.

2.  The Court's Order and Memorandum Opinion of September 6, 2006 is hereby

VACATED.


SO ORDERED:

DATE: _____          _____

Judge Reggie B. Walton
United States District Judge