UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2449 (RBW) |
| ) | |
| U.S. DEPARTMENT OF LABOR, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Currently before the Court is the parties' Joint Motion to Vacate the Court's Order and Memorandum Opinion of September 6, 2006 ("Motion"). The parties represent that they have reached a settlement agreement which amicably resolves all claims in this case. Motion ¶ 5. The terms of this settlement agreement are contingent upon the Court granting the parties' request pursuant to Federal Rule of Civil Procedure 60(b) to vacate its September 6, 2006 order and opinion which granted in part and denied in part the defendant's motion to dismiss or for summary judgment. Id. ¶ 6; see Doe v. Dep't of Labor, 451 F. Supp. 2d 156 (D.D.C. 2006). In accordance with the oral orders issued at the status conference held on March 22, 2007, and in light of the parties' joint request that the opinion and order be vacated because they have reached an amicable settlement, the Court concludes that it is no longer equitable that its September 6,

2006 judgment should have prospective application. Fed. R. Civ. P. 60(b)(5). For this reason, it is hereby

**ORDERED** that the Court's September 6, 2006 Memorandum Opinion and Order are hereby vacated at the joint request of the parties in accordance with the terms of their settlement agreement. It is further

**ORDERED** that this case is closed.

**SO ORDERED** this 22nd day of March, 2007.

                                                                REGGIE B. WALTON
                                                                United States District Judge